IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ORIGINAL

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

FEB 2 5 2009

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO. 3:09-CR-042-P(1) |
| | ) | |
| SHEILA WILLIAMS | ) | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

**SHEILA WILLIAMS**, by consent, under authority of United States v. Dees, 125 F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim.P. 11, and has entered a plea of guilty to the Indictment. After cautioning and examining **SHEILA WILLIAMS** under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted and that **SHEILA WILLIAMS** be adjudged guilty and have sentence imposed accordingly.

Date: February 25, 2009.

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE